1  ROGER M. MASON, ESQ. (107486)
   **SWEENEY, MASON, WILSON & BOSOMWORTH**
2  A Professional Law Corporation
   983 University Avenue, Suite 104C
3  Los Gatos, CA  95032
   Telephone:  (408) 356-3000
4  Facsimile:   (408) 354-8839

5  Attorneys for Defendant
   OLSSON PLUMBING & HEATING CO., INC.
6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  (San Francisco Division)

| | |
|---|---|
| 10  U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLSSON PLUMBING & HEATING CO., INC. a California Corporation,<br><br>    Defendants. | Case No. CV 12-3687-CRB<br>**ORDER**<br>~~JOINT REQUEST~~ **TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  October 12, 2012<br>Time: 8:30 a.m. |

23   The parties hereby submit this joint request to continue the Case Management

24  Conference currently on calendar for October 12, 2012 at 8:30 a.m. before the Honorable

25  Charles R. Breyer.  The parties are negotiating a settlement and request an additional thirty (30)

26  days to complete negotiations.

27  ///

28  ///

---

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**                                1

1  Respectfully submitted,

2  Dated: October 9, 2012                     **NEYHART, ANDERSON, FLYNN &**
3                                             **GROSSBOLL**

4
                                              By:_____/s/_____
5                                                 SONYA M. GORDON, ESQ.
                                                  Attorney for Plaintiffs
6

7

8  Dated: October 9, 2012                     **SWEENEY, MASON, WILSON &**
                                               **BOSOMWORTH**
9

10                                            By:_____/s/_____
                                                  ROGER M. MASON, ESQ.
11                                                Attorney for Defendants

12

13                                        **ORDER**

14      IT IS SO ORDERED that the Case Management Conference on calendar October 12,

15  2012 shall be continued to  November 16, 2012 at 8:30 a.m.

16

17  Dated: October  10 , 2012

18
                                          _____
19                                        HON. CHARLES R. BREYER
                                          United States District Judge
20

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**                     2