1  ROGER M. MASON, ESQ. (107486)
   **SWEENEY, MASON, WILSON & BOSOMWORTH**
2  A Professional Law Corporation
   983 University Avenue, Suite 104C
3  Los Gatos, CA  95032
   Telephone:  (408) 356-3000
4  Facsimile:   (408) 354-8839

5  Attorneys for Defendant
   OLSSON PLUMBING & HEATING CO., INC.
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        (San Francisco Division)

10 | U.A. LOCAL 342 JOINT LABOR- | Case No. CV 12-3687-CRB
   | MANAGEMENT COMMITTEE;       | **ORDER**
11 | NORTHERN CALIFORNIA PIPE TRADES | ~~JOINT REQUEST~~ **TO CONTINUE**
   | PENSION TRUST; NORTHERN         | **CASE MANAGEMENT**
12 | CALIFORNIA PIPE TRADES HEALTH   | **CONFERENCE**
   | AND WELFARE TRUST; LOCAL UNION
13 | 342, PLUMBERS & STEAMFITTERS,   | **Date:  October 12, 2012**
   | UNITED ASSOCIATION OF           | **Time: 8:30 a.m.**
14 | JOURNEYMEN AND APPRENTICES OF
   | THE PLUMBING AND PIPEFITTING
15 | INDUSTRY OF THE UNITED STATES
   | AND CANADA (AFL-CIO); U.A. LOCAL
16 | 342 APPRENTICESHIP & TRAINING
   | TRUST FUND and JAMES WILLIAMS, as
17 | Trustee of the above TRUSTS,

18        Plaintiffs,

19        v.

20 OLSSON PLUMBING & HEATING CO.,
   INC. a California Corporation,
21
          Defendants.
22

23     The parties hereby submit this joint request to continue the Case Management

24 Conference currently on calendar for October 12, 2012 at 8:30 a.m. before the Honorable

25 Charles R. Breyer.  The parties are negotiating a settlement and request an additional thirty (30)

26 days to complete negotiations.

27 ///

28 ///

---

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**                                 1

Respectfully submitted,

Dated: October 9, 2012      **NEYHART, ANDERSON, FLYNN & GROSSBOLL**

By: /s/
SONYA M. GORDON, ESQ.
Attorney for Plaintiffs

Dated: October 9, 2012      **SWEENEY, MASON, WILSON & BOSOMWORTH**

By: /s/
ROGER M. MASON, ESQ.
Attorney for Defendants

## ORDER

IT IS SO ORDERED that the Case Management Conference on calendar October 12, 2012 shall be continued to November 16, 2012 at 8:30 a.m.

Dated: October 10, 2012

HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**    2